IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHEQUITA L. JOINER**                                                                                       **PLAINTIFF**

v.                                    Case No. 4:21-cv-00808-LPR

**SEMAHTRONIX, LLC, President,**
**Travis Atkinson; SHERRY VANNATTAN,**
**Supervisor**                                                                                                **DEFENDANTS**

## ORDER

Ms. Joiner's motion for default judgment (Doc. 17), is DENIED. *Pro se* Defendants' answer has been filed under seal. (Docs. 10 & 18). A scheduling order will issue. Defendants' motion to dismiss is denied because it is not supported by a brief or any developed argument.

IT IS SO ORDERED this 22nd day of June, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE