IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHEQUITA L. JOINER**  **PLAINTIFF**
ADC #709661

v.  Case No. 4:21-CV-808-LPR

**TRAVIS ATKINSON and**
**SHERRY VANNATTAN**  **DEFENDANTS**

## CONSOLIDATED ORDER

Ms. Vannattan's Motion for Judgment on the Pleadings is GRANTED.[1]  As her brief ably argues, individuals (like Ms. Vannattan) are not "employers" as that term is used in Title VII.  Thus, they are not individually subject to liability.  Ms. Joiner's Motion to Strike is DENIED.[2]  Her Motion is really just a response to Ms. Vannattan's Motion for Judgment on the Pleadings.  There is nothing that would warrant striking the Motion for Judgment on the Pleadings.  Finally, this decision moots the Motion to Stay that Ms. Vannattan recently filed.[3]

IT IS SO ORDERED this 3rd day of November 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 28.

[2] Doc. 33.

[3] Doc. 41.