IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHEQUITA L. JOINER**                                                                               **PLAINTIFF**
**ADC #709661**

v.                                   Case No. 4:21-CV-00808-LPR

**TRAVIS ATKINSON and**
**SHERRY VANNATTAN**                                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the Orders entered in this case to date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 31st day of May 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE